# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Melvin E. Swisher Jr. aka Melvin E Swisher dba Swish-Haven Farms<br>Debtor(s) | BK NO. 19-03846 RNO<br><br>ADV NO. 19-00121 RNO |
| United States of America, acting through the Farm Service Agency, U.S. Department of Agriculture<br>Plaintiff<br>vs. | Chapter 7<br><br>Related to Claim No. n/a |
| Melvin E. Swisher Jr. aka Melvin E Swisher dba Swish-Haven Farms<br>Defendant | |

## CERTIFICATE OF SERVICE OF
## COMPLAINT and SUMMONS

I, James C. Warmbrodt, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>December 19, 2019</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Melvin E. Swisher Jr. aka Melvin E Swisher dba Swish-Haven Farms
5742 Moreland Baptist Road
Unityville, PA 17774

<u>U.S. Trustee</u>
United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

<u>Attorney for Debtor(s)</u>
Daniel J. Rheam, Esq.
533 North Derr Drive (VIA ECF)
Lewisburg, PA 17837

<u>Trustee</u>
Lawrence G. Frank
100 Aspen Drive
Dillsburg, PA 17019

Method of Service:  electronic means or first class mail

Dated: <u>December 19, 2019</u>

<u>**/s/James C. Warmbrodt, Esquire**</u>
James C. Warmbrodt, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Phone: (215) 627-1322
Email: jwarmbrodt@kmllawgroup.com
Attorney for Movant