IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

MELVIN E. SWISHER, JR.

Debtor 1

Chapter: 7

Case No.: 4-19-bk-03846 RNO
Adversary No.: 4-19-ap-00121 RNO

UNITED STATES OF AMERICA, ACTING THROUGH THE FARM SERVICE AGENCY, U.S. DEPARTMENT OF AGRICULTURE

Plaintiff(s)

vs.

MELVIN E. SWISHER, JR.

Defendant(s)

Nature of Proceeding:

## SCHEDULING ORDER

The Plaintiff(s) having filed an adversary proceeding and the Defendant(s) having filed a responsive pleading,

**IT IS HEREBY ORDERED THAT:**

1. Subject to any stipulation between parties, each party shall make the initial discovery disclosures required by F.R.B.P. 7026(a) within thirty (30) days of the date of this Order.

2. Any other discovery disclosures shall be made pursuant to any filed stipulation between the parties or when required by the provisions of F.R.B.P. 7026.

3. Any objections to the making of initial disclosures under F.R.B.P. 7026(a)(1)(C) shall be made with fourteen (14) days of the date of this Order, unless a different time is set in a stipulation between the parties.

4. All discovery shall be completed on or before ninety (90) days from the date of this Order.

5. Each party must take all reasonable steps to preserve electronically stored information ("ESI") which relates to the subject(s) of this Adversary Proceeding.

6. Any request for a pretrial conference shall be filed on or before fourteen (14) days after the close of discovery.

7. Any request for a settlement conference, to be conducted by a bankruptcy judge not assigned to this matter, shall be filed on or before twenty-one (21) days before trial.

8. Dispositive motions shall be filed on or before one hundred twenty (120) days from the date of this Order.

9. On or before seventy (70) days from the date of this Order, the parties shall submit a <u>joint</u> statement whether they consent to participation in the court-annexed mediation program.

10. Trial will be scheduled on a date and at a time TO BE DETERMINED and scheduled pursuant to further order of this Court. Counsel is directed to prepare and exchange exhibits as required by Local Bankruptcy Rule 9070-1.

11. Any trial briefs must be filed and served at least seven (7) days before the scheduled trial date.

12. Any requests for continuance shall be filed at least fourteen (14) days before trial, shall state good cause for the continuance request and shall certify the concurrence or non-concurrence of all parties to this action.

Dated: January 30, 2020

By the Court,

*[signature]*

Robert N. Opel, II, Bankruptcy Judge (BI)

Scheduling Order RNO - Revised 04/18