**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | Case No. 19-03846-RNO |
| MELVIN E. SWISHER, JR. | Chapter 7 |
| Debtor | Adv. No. 19-00121-RNO |
| UNITED STATES OF AMERICA, ACTING THROUGH THE FARM SERVICE AGENCY, U.S. DEPARTMENT OF AGRICULTURE | |
| Plaintiff | |
| vs. | |
| MELVIN E. SWISHER, JR. | |
| Defendant | |

**CERTIFICATE OF SERVICE**

This is to certify that on May 28, 2020, I served completed copies of all papers contained in Plaintiff's Motion for Summary Judgment, Memorandum of Law, Proposed Order, Certificate of Non-Concurrence, Statement of Material Facts, and Affidavit upon Defendant at the address shown below:

Daniel J. Rheam, Esquire (VIA ECF)
Rheam Law, P.C.
533 North Derr Drive
Lewisburg, PA 17837

Respectfully submitted,

KML Law Group, P.C.

By: */s/ James C. Warmbrodt, Esquire*
James C. Warmbrodt, Esquire
Pennsylvania Attorney I.D. No. 42524
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532
412-430-3594 (Direct)
FAX (215) 825-64423
jwarmbrodt@kmllawgroup.com