# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **MELVIN E. SWISHER, JR.** | Chapter: | 7 |
| Debtor(s) | Case No.: | 5-19-bk-03846 RNO |
| **UNITED STATES OF AMERICA, ACTING THROUGH THE FARM SERVICE AGENCY, U.S. DEPARTMENT OF AGRICULTURE** | Adversary Case No.: | 5-19-ap-00121 RNO |
| Plaintiff(s) | Document No.: | 8 |
| vs. | | |
| **MELVIN E. SWISHER, JR.** | Nature of Proceeding: | **Motion for Summary Judgment** |
| Defendant(s) | | |

## SUMMARY JUDGMENT SCHEDULING ORDER

After due consideration of the Plaintiff's Motion for Summary Judgment ("Motion") filed to Docket No. 8, the Plaintiff's Memorandum of Law in Support of Motion for Summary Judgment ("Brief") filed to Docket No. 9, and the Plaintiff's Statement of Material Facts ("Statement of Facts") filed to Docket No. 10, it is

ORDERED that within twenty-one (21) days of the date of this Order, Defendant, Melvin E. Swisher, Jr. ("Defendant"), shall file any brief in opposition to the Motion; and,

FURTHER ORDERED that within twenty-one (21) days of the date of this Order, the Defendant shall file and serve a responsive statement responding to the numbered paragraphs in Plaintiff's Statement of Facts, identifying any disputed fact to which the Defendant contends there exists a genuine issue to be tried.

Dated: June 5, 2020

By the Court,

*Robert N. Opel II* (signature)

Robert N. Opel, II, Bankruptcy Judge (BI)