**UNITED STATE BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Case No. 19-03846-RNO |
| MELVIN E. SWISHER, JR. | : | |
| Debtor | : | Chapter 7 |
| | : | |
| UNITED STATES OF AMERICA, ACTING | : | Adv. No. 19-00121-RNO |
| THROUGH THE FARM SERVICE AGENCY, | : | |
| U.S. DEPARTMENT OF AGRICULTURE | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| Vs. | : | |
| | : | |
| MELVIN E. SWISHER, JR. | : | |
| Defendant | : | |

## <u>DEFENDANTS RESPONSE TO PLAINTIFFS</u>
## <u>MOTION FOR SUMMARY JUDGMENT</u>

Defendant, MELVIN E. SWISHER, JR, opposes the Motion for Summary Judgment because there are issues as to material facts. Defendant contends Plaintiff's are not entitled to Judgment. See Defendants Statement of Facts.

Respectfully Submitted,

Date: 06/24/2020

<u>/s/ Daniel J. Rheam</u>
Rheam Law, P.C.
Daniel J. Rheam
Attorney for Debtor/Defendant
533 North Derr Drive
Lewisburg, PA 17837
Tel: (570) 524-2344