UNITED STATE BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Case No. 19-03846-RNO |
| MELVIN E. SWISHER, JR. | : | |
| Debtor | : | Chapter 7 |
| | : | |
| UNITED STATES OF AMERICA, ACTING THROUGH THE FARM SERVICE AGENCY, U.S. DEPARTMENT OF AGRICULTURE | : : : : | Adv. No. 19-00121-RNO |
| Plaintiff | : | |
| | : | |
| Vs. | : | |
| | : | |
| MELVIN E. SWISHER, JR. | : | |
| Defendant | : | |

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on June 24, 2020, I served a copy of the **DEFENDANTS RESPONSE TO PLAINTIFFS MOTION FOR SUMMARY JUDGMENT, DEFENDANTS RESPONSIVE STATEMENT TO PLAINTIFFS STATEMENT OF FACTS AND DEFENDANTS BRIEF IN OPPOSITION TO PLAINTIFFS MOTION FOR SUMMARY JUDGMENT** on the following parties in this matter:

| Name and Address | Mode of Service |
|---|---|
| James C. Warmbrodt, Esquire<br>jwarmbrodt@kmllawgroup.com | Electronically |

I certify under penalty of perjury that the foregoing is true and correct.

Date: 06/24/2020

/s/ Daniel J. Rheam
Rheam Law, P.C.
Daniel J. Rheam
Attorney for Debtor/Defendant
533 North Derr Drive
Lewisburg, PA 17837
Tel: (570) 524-2344