# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

MELVIN E. SWISHER, JR.

| | |
|---|---|
| Debtor 1 | Chapter: 7 |
| | Case No.: 4-19-bk-03846 RNO |
| UNITED STATES OF AMERICA, ACTING THROUGH THE FARM SERVICE AGENCY, U.S. DEPARTMENT OF AGRICULTURE | Adversary No.: 4-19-ap-00121 RNO |
| Plaintiff(s) | Document No.: 8 |
| vs. | |
| MELVIN E. SWISHER, JR. | Nature of Proceeding: Motion for Summary Judgment |
| Defendant(s) | |

## ORDER

After due consideration of the Plaintiff's Motion for Summary Judgment filed to Docket No. 8, as well as the parties' papers submitted in support of and in opposition thereto, it is

ORDERED that the Motion is denied as to Counts I and II of the Complaint; and,

FURTHER ORDERED that all discovery shall be completed on or before ninety (90) days from the date of this Order; and,

FURTHER ORDERED that, after completion of discovery and any pre-trial motions, each party shall file a certification that the adversary proceeding is ready to be scheduled for trial. Counsel is directed to prepare and exchange exhibits as required by Local Bankruptcy Rule 9070-1.

Dated: July 30, 2020   By the Court,

*Robert N. Opel II* (signature)

Robert N. Opel, II, Bankruptcy Judge (BI)

1