UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:  Bankr. Case No. 19-03846-RNO-7

Melvin E Swisher, Jr.  Chapter 7

Debtor(s)

**REQUEST FOR NOTICE**

Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

Americredit Financial Services, Inc. dba GM Financial
PO Box 183853
Arlington, TX  76096

By /s/ Mandy Youngblood

Mandy Youngblood
PO Box 183853
Arlington, TX  76096
877-203-5538
877-259-6417
Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:                                                                    Bankr. Case No. 19-03846-RNO-7

Melvin E Swisher, Jr.                                               Chapter 7
     Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on June 11, 2020 :

DANIEL J RHEAM                              Lawrence G. Frank
533 N DERR DR                                  100 Aspen Drive
LEWISBURG, PA  17837                  Dillsburg, PA 17019

                                                               By /s/ Mandy Youngblood
                                                                    Mandy Youngblood

xxxxx41779 / 1000201